IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00662-MSK-PAC

STEVE STUMBO,

    Plaintiff,

v.

HUNTER'S VIEW, LTD,

    Defendant.

___

**ORDER SETTING HEARING UNDER FED.R.CIV.P. 16**
___

THIS MATTER comes before the Court upon a Complaint filed by the Plaintiffs alleging the infringement of a patent. In light thereof, a hearing pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 is necessary.

**IT IS ORDERED**:

(1)     A hearing is set for **July 21, 2005 at 11:00 a.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel who will try the case shall attend the hearing.

(2)     No later than **July 8, 2005**, the parties shall meet and confer regarding the contents of the proposed scheduling order pursuant to Fed. R. Civ. P. 26(f).

(3)     On or before **July 14, 2005**, and in conformance with Fed. R. Civ. P. 26(f), D.C.COLO.LCivR 16.1, 16.2 and 26.1, and this Order, the parties shall prepare and submit a proposed scheduling order by e-mail to krieger_chambers@cod.uscourts.gov. The proposed scheduling order shall be in the form specified by D.C.COLO.LCivR Appendix F **except** that:

    (a)     It shall not contain a signature line for a judicial officer.

  (b) It shall address the following:
- Whether a hearing is required under *Markman v. Westview Instruments, Inc.*, 517 U.S. 370 (1996).
- What discovery is necessary at each stage of the litigation.

  (c) It shall not address the matters set forth in Section 7 (Case Plan and Schedule), Section 9 (Other Scheduling Issues) or Section 10 (Dates for Further Conferences) of Appendix F.

(4) At the hearing, the parties shall be prepared to address the issues covered by the proposed scheduling order and any other issues enumerated in Fed. R. Civ. P. 16(c).

Dated this 30th day of June, 2005

           **BY THE COURT:**

           */s/ Marcia S. Krieger*
           _____

           Marcia S. Krieger
           United States District Judge